Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THEOFANIS PAPADOPOULOS and PATRICIA PAPADOPOULOS, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FRED MEYER STORES, INC., a foreign corporation,<br><br>　　　　　Defendant. | Case No.: C04-0102RSL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY**<br><br>Noted:   Friday, April 7, 2006 |

　　　　THIS MATTER having come on for hearing before the undersigned judge of the above-entitled Court upon the Motion by Plaintiffs to compel answers to Interrogatories and Requests For Production, to preclude objections for the same and the Court having considered and examined the pleadings and files herein, including the Plaintiffs' Motion To Compel Discovery and Declaration of Jeffrey H. Tyler In Support of Plaintiffs' Motion To Compel Discovery, stating compliance with FRCP 37 and the Court being otherwise fully advised in this matter, the Court finds that Defendant Fred Meyer Stores, Inc., failed to respond to Plaintiffs' Fourth Interrogatories and Requests For Production.  This failure has necessitated this Motion by Plaintiffs.

ORDER GRANTING PLAINTIFFS' MOTION TO
COMPEL DISCOVERY – 1

LAW OFFICES OF
NELSON TYLER LANGER
705 Second Avenue, Suite 1700
Seattle, Washington  98104
206/623-7520

1  NOW THEREFORE IT IS HEREBY

2  ORDERED, ADJUDGED AND DECREED that the Defendant Fred Meyer Stores,

3  Inc., shall answer the outstanding Fourth Interrogatories and Requests For Production served by

4  Plaintiffs fully and completely on or before the 5th day of May, 2006.

5  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that by failing to answer

6  timely, Defendant has waived its right to object and therefore shall respond to the outstanding

7  Fourth Interrogatories and Requests For Production without objections.

8  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant Fred

9  Meyer Stores, Inc., shall produce a corporate officer, director, or agent pursuant to Plaintiffs'

10  request for a 30(b)(6) deposition, as served upon the Defendant's counsel on December 2, 2005

11  on or before the 5th day of May, 2006.

12  DONE IN OPEN COURT this 20th day of April, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO
COMPEL DISCOVERY – 2

LAW OFFICES OF
NELSON TYLER LANGER
705 Second Avenue, Suite 1700
Seattle, Washington 98104
206/623-7520