UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
THEOFANIS PAPADOPOULOS, *et al.*,    )
)  No. C04-0102RSL
                    Plaintiffs,      )
        v.                           )
)  ORDER GRANTING
FRED MEYER STORES, INC.,             )  PLAINTIFFS' MOTION IN LIMINE
)  TO EXCLUDE EVIDENCE OF
                    Defendant.       )  PLAINTIFF'S PRIOR CRIMINAL
)  CONVICTION
_____)

This matter comes before the Court on "Plaintiffs' Motion in Limine to Exclude Evidence of Plaintiff's Prior Criminal Conviction" (Dkt. #66). Plaintiffs seek to exclude at trial any disclosure of plaintiff Theofanis Papadopoulos' 1981 criminal conviction.

Defendant does not oppose this motion. See Response at 1. Accordingly, "Plaintiffs' Motion in Limine to Exclude Evidence of Plaintiff's Prior Criminal Conviction" (Dkt. #66) is GRANTED.

DATED this 8th day of November, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS'
MOTION IN LIMINE TO EXCLUDE EVIDENCE
OF PLAINTIFF'S PRIOR CRIMINAL CONVICTION