UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
THEOFANIS PAPADOPOULOS, *et al.*,  )
                                   )     No. C04-0102RSL
            Plaintiffs,            )
    v.                             )
                                   )     ORDER GRANTING IN PART
FRED MEYER STORES, INC.,           )     PLAINTIFFS' "PERMISSIVE
                                   )     MOTION IN LIMINE"
            Defendant.             )
_____)

This matter comes before the Court on "Plaintiffs' Permissive Motion in Limine Re: Subsequent Remedial Repairs" (Dkt. #70). Plaintiffs seek to admit the testimony of James Garrett, a person who worked on the floor tile at issue in this case after the incident. Defendant does not oppose this motion, but asserts that the testimony of Mr. Garrett at trial should be limited to information regarding the condition of the floor tile and for impeachment purposes and not allowed as evidence of a subsequent remedial measure to prove negligence or wrongdoing under Fed. R. Evid. 407. Defendant requests a limiting instruction on this subject. Defendant also asserts that Mr. Garrett's statement should be excluded at trial as inadmissible hearsay. See Response at 2.

The Court finds that Mr. Garrett's testimony is admissible at trial as evidence of the condition of the floor tile. However, Mr. Garrett's testimony is excluded as evidence of a

ORDER GRANTING IN PART PLAINTIFFS'
"PERMISSIVE MOTION IN LIMINE"

subsequent remedial measure to prove negligence or wrongdoing under Fed. R. Evid. 407. The Court will instruct the jury accordingly under Fed. R. Evid. 105. Whether Mr. Garrett's statement is inadmissible hearsay depends on the purpose for which it is being offered. Accordingly, the Court reserves ruling on the admissibility of Mr. Garrett's statement until trial.

For all of the foregoing reasons, "Plaintiffs' Permissive Motion in Limine Re: Subsequent Remedial Repairs" (Dkt. #70) is GRANTED in part.

DATED this 8th day of November, 2006.

Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART PLAINTIFFS'
"PERMISSIVE MOTION IN LIMINE"               -2-